Representing Management Exclusively in Workplace Law and Related Litigation



**Jackson Lewis P.C.**
**666 Third Avenue**
**New York NY 10017-4030**
**Tel 212 545-4000**
**Fax 212 972-3213**
**www.jacksonlewis.com**

| | | | |
|---|---|---|---|
| ALBANY, NY | DETROIT, MI | MILWAUKEE, WI | RALEIGH, NC |
| ALBUQUERQUE, NM | GRAND RAPIDS, MI | MINNEAPOLIS, MN | RAPID CITY, SD |
| ATLANTA, GA | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RICHMOND, VA |
| AUSTIN, TX | HARTFORD, CT | NEW ORLEANS, LA | SACRAMENTO, CA |
| BALTIMORE, MD | HONOLULU, HI | NEW YORK, NY | SALT LAKE CITY, UT |
| BERKELEY HEIGHTS, NJ | HOUSTON, TX | NORFOLK, VA | SAN DIEGO, CA |
| BIRMINGHAM, AL | INDIANAPOLIS, IN | OMAHA, NE | SAN FRANCISCO, CA |
| BOSTON, MA | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN JUAN, PR |
| CHARLOTTE, NC | KANSAS CITY REGION | ORLANDO, FL | SEATTLE, WA |
| CHICAGO, IL | LAS VEGAS, NV | PHILADELPHIA, PA | SILICON VALLEY, CA |
| CINCINNATI, OH | LONG ISLAND, NY | PHOENIX, AZ | ST. LOUIS, MO |
| CLEVELAND, OH | LOS ANGELES, CA | PITTSBURGH, PA | TAMPA, FL |
| DALLAS, TX | MADISON, WI | PORTLAND, OR | WASHINGTON DC REGION |
| DAYTON, OH | MEMPHIS, TN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DENVER, CO | MIAMI, FL | PROVIDENCE, RI | |

MY DIRECT DIAL IS:  (212) 545-4043
MY EMAIL ADDRESS IS: JOHN.PORTA@ JACKSONLEWIS.COM

February 10, 2021

**VIA ECF**

Honorable Colleen McMahon
United States District Court Chief Judge
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

> Re:    LauraJean Corideo v. Centric Brands Inc. et al.
>        Civil Case No. 1:20-cv-03620-CM

Dear Judge McMahon:

We represent Defendants in the above-referenced matter.  Defendants write jointly with Plaintiff to respectfully request that Your Honor schedule a conference before the Court so that the parties may provide an update regarding the status of this matter.  The parties are both available on the following dates: February 16 (after 12:00 p.m.), 19, 22 or 25, or on a different date that is mutually agreeable to the parties and the Court.

We thank you for your courtesies.

Respectfully submitted,

JACKSON LEWIS P.C.

/s/ John J. Porta
John J. Porta

cc (via ECF):  Daniel S. Kirschbaum, Esq.
               Katherine K. Di Prisco, Esq.

4823-4036-4763, v. 1