UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURAJEAN CORIDEO<br><br>                          Plaintiff,<br><br>    -against-<br><br>CENTRIC BRANDS, INC.; CENTRIC BRANDS HOLDING LLC; KELLY GRANT, individually; and IRENE GALPERIN, individually,<br><br>                          Defendants. | No. 1:20-cv-03620<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff LauraJean Corideo ("Plaintiff") and Defendants Centric Brands, Inc., Centric Brands Holding LLC, Kelly Grant, and Irene Galperin (collectively "Defendants"), that the above-captioned action be and is hereby dismissed and discontinued in its entirety as against each party with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and by electronic or facsimile signatures, which shall bear the same force and effect as original signatures.

| | |
|---|---|
| DEREK SMITH LAW GROUP, PLLC<br>*Attorneys for Plaintiff*<br>One Penn Plaza, Suite 4905<br>New York, New York 10119<br>(212) 587-0760<br><br>By: _____<br>    Daniel S. Kirschbaum, Esq.<br><br>Dated: May 3, 2021 | JACKSON LEWIS P.C.<br>*Attorneys for Defendants*<br>666 Third Avenue, 29th Floor<br>New York, New York 10017<br>(212) 545-4000<br><br>By: _____<br>    John J. Porta, Esq.<br><br>Dated: May 3, 2021 |

SO ORDERED: _____
                      Hon. Colleen McMahon

Dated: _____