Case 1:20-cv-03620-CM  Document 21  Filed 05/04/21  Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2021

LAURAJEAN CORIDEO

      Plaintiff,

-against-

CENTRIC BRANDS, INC.; CENTRIC BRANDS HOLDING LLC; KELLY GRANT, individually; and IRENE GALPERIN, individually,

      Defendants.

No. 1:20-cv-03620

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff LauraJean Corideo ("Plaintiff") and Defendants Centric Brands, Inc., Centric Brands Holding LLC, Kelly Grant, and Irene Galperin (collectively "Defendants"), that the above-captioned action be and is hereby dismissed and discontinued in its entirety as against each party with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and by electronic or facsimile signatures, which shall bear the same force and effect as original signatures.

DEREK SMITH LAW GROUP, PLLC
*Attorneys for Plaintiff*
One Penn Plaza, Suite 4905
New York, New York 10119
(212) 587-0760

By: _____
Daniel S. Kirschbaum, Esq.

Dated: May 3, 2021

JACKSON LEWIS P.C.
*Attorneys for Defendants*
666 Third Avenue, 29th Floor
New York, New York 10017
(212) 545-4000

By: _____
John J. Porta, Esq.

Dated: May 3, 2021

SO ORDERED: _____
Hon. Colleen McMahon

Dated: 5/4/2021